# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES JERMAINE DAVIS,**

        Petitioner,

        -vs-                                Case No. 14-C-1444

**WILLIAM POLLARD, Warden,**
**Waupun Correctional Institution,**

        Respondent.

## DECISION AND ORDER

James Jermaine Davis requests leave to proceed *in forma pauperis* in connection with this action for habeas relief. Davis' motion [ECF No. 2] is **DENIED** because his prisoner trust account statement demonstrates that he can easily afford the minimal $5.00 filing fee to commence this action. Therefore, Davis must pay the filing fee within **thirty (30) days** of the date of this Order.

The Court also conducted an initial review of Davis' petition, and is unable to conclude that Davis is not entitled to habeas relief. Therefore, the respondent should file an answer or other responsive pleading no later than **thirty (30) days** after the Court receives Davis' filing fee.

Dated at Milwaukee, Wisconsin, this 20th day of November, 2014.

**SO ORDERED:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**